## Government of the District of Columbia
### Department of Public Works

Bond No. 017-012-131

**PAYMENT BOND**
(CONSTRUCTION)
(See Instructions on reverse)

Date Bond Executed (Must be same or later than date of Contract)

MAY 11 2004

| PRINCIPAL (Legal Name and Address) | TYPE OF ORGANIZATION ("X") |
|---|---|
| Metro Paving Corporation<br>5470 Lafayette Place<br>Hyattsville, MD 20781 | ☐ INDIVIDUAL   ☐ PARTNERSHIP<br>☐ JOINT VENTURE   ☒ CORPORATION<br>STATE OF INCORPORATION<br>DC |

SURETY (IES) (Name(s) and Address(es))

Liberty Mutual Insurance Company
10045 Red Run Boulevard, Suite 370
Owings Mills, MD 21117

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 6 | 984 | 965 | 00 |

CONTRACT DATE: MAY 11 2004

CONTRACT NUMBER: POKA-2004-B-0016-JJ

KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto are firmly bound to the District of Columbia Government, a municipal corporation, hereinafter called the District, in the above penal sum for the payment of which we bind ourselves, our heirs, executors, and successors, jointly and severally; Provided, that, where the Surety(ies) are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly" and severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as is set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal entered into the Contract identified above.

NOW, THEREFORE, if the Principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided for in the Contract, and any and all duly authorized modifications of the Contract that may hereafter be made, notice of which modifications to the Surety(ies) being hereby waived, then the above obligation shall be void; otherwise to remain in full force and virtue.

IN WITNESS WHEREOF, the Principal and Surety(ies) have executed this payment bond and have affixed their seals on the date set forth above.

05 2073

**PRINCIPAL**

Metro Paving Corporation

1. Signature [signature] (Seal)
   Name & Title (typed)
   Mitchell Otero, President

2. Signature (Seal)
   Name & Title (typed)

1. Attest [signature]
   Name & Title (typed)
   Stephen W. Fye, Sr.

2. Attest
   Name & Title (typed)

Corporate Seal

**FILED**
OCT 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form No. DC 2540-8