CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANE CONSTRUCTION CORPORATION )<br>)<br>Plaintiff,   )<br>)<br>v.            )<br>)<br>METRO PAVING CORPORATION  )<br>)<br>Defendant.   ) | Civil Action No. 1:05-CV-02073 |

## CERTIFICATE UNDER LCvR 7.1

I the undersigned, counsel of record for the <u>Lane Construction Corporation</u>, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>   Plaintiff   </u>, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

<u>   /s/ Stephen J. Annino            </u>
Signature

<u>      (DC 390252)         </u>           <u>      Stephen J. Annino         </u>
Bar Identification Number              Print Name

<u>      7653 Leesburg Pike         </u>
Address

<u>Falls Church      VA      22043   </u>
City               State      ZIP

<u>      (703) 893-3914         </u>
Telephone Number