IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LANE CONSTRUCTION CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02073-JR |
| ) | (JDB) |
| ) | |
| METRO PAVING CORPORATION *et al* ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

   THE CLERK OF THE COURT and all interested parties are requested to note that a true copy of The Lane Corporation's First Set of Request for Production of Documents to Defendant Metro Paving Corporation was sent by electronic transmission and United States first-class mail, postage prepaid addresses to the following:

  Robert G. Barbour, Esquire
  J. Brian Cashmere, Esquire
  WATT, TIEDER, HOFFAR & FITZGERALD, LLP
  8405 Greensboro Drive, Suite 100
  McLean, Virginia 22102
  (703) 749-1000 - phone
  (703) 893- 8029 - fax
  Counsel for the Defendant

              /s/ Stephen J. Annino

P:\Docs\Lane (Senate Asphalt)\metrobondclaim10.05\notice.request.POD.12.2.05.wpd