IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE LANE CONSTRUCTION CORPORATION, )
D/B/A SENATE ASPHALT, )
)
Plaintiff, )
) Civil Action No. 1:05-cv-02073-JR
v. )
)
METRO PAVING CORPORATION and )
LIBERTY MUTUAL INSURANCE COMPANY, )
)
Defendants. )
)

## MOTION TO APPEAR *PRO HAC VICE*
## RE: HARISH C. MIRCHANDANI

In accordance with Local Rule 83.2(d) of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission of Harish C. Mirchandani, Esq., of Watt, Tieder, Hoffar and Fitzgerald, L.L.P., 8405 Greensboro Drive, Suite 100, McLean, VA 22102, (703) 749-1000, for purposes of appearing as co-counsel on behalf of Defendants, METRO PAVING CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY, in the above-styled case only.

Harish C. Mirchandani, Esq. certifies herewith that he has studied the Local Rules of this Court. Mr. Mirchandani further certifies that he is a member in good standing of the Virginia State Bar and the District of Columbia Bar. Mr. Mirchandani further certifies that he has not been disciplined by any bar. Mr. Mirchandani further certifies that he was previously admitted *pro hac vice* in this Court, by Order dated March 2, 2005, in Case No. 1:04-cv-02245-JDB, representing Defendant Metro Paving Corporation against Plaintiff The Lane Construction Corporation.

In further support of this Motion, it is hereby designated that J. Brian Cashmere, Esq. of Watt, Tieder, Hoffar and Fitzgerald, L.L.P., 8405 Greensboro Drive, Suite 100, McLean, VA 22102, (703) 749-1000, is a member in good standing of the bar of this Court. He is a person with whom the Court and counsel may readily communicate and upon whom papers may be served.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: February 1, 2006.

/s/ J. Brian Cashmere
J. Brian Cashmere
(DC Bar No. 456029)

Executed under penalty of perjury on the 1st day of February 2006 in McLean, Virginia.

Respectfully submitted,

By: /s/ Harish C. Mirchandani
Harish C. Mirchandani

### CERTIFICATE OF COUNSEL

I HEREBY CERTIFY that, pursuant to Local Rule 7(m), I have conferred with Stephen J. Annino, Esq., counsel for Plaintiff, THE LANE CONSTRUCTION CORPORATION, D/B/A SENATE ASPHALT, in a good faith effort to resolve the issue raised by this Motion, via electronic mail on January 31, 2006, and that Plaintiff, does not object to the granting of this Motion.

/s/ J. Brian Cashmere

### CERTIFICATE OF FILING

I hereby certify that on February 1, 2006, a copy of the foregoing MOTION TO APPEAR *PRO HAC VICE* RE. HARISH MIRCHANDANI and the proposed ORDER was filed electronically. I understand that a copy of this pleading will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Brian Cashmere

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE LANE CONSTRUCTION CORPORATION, )
D/B/A SENATE ASPHALT, )
)
Plaintiff, )
) Civil Action No. 1:05-cv-02073-JR
v. )
)
METRO PAVING CORPORATION and )
LIBERTY MUTUAL INSURANCE COMPANY, )
)
Defendants. )
_____ )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the application of Harish C. Mirchandani for permission to appear and participate *pro hac vice* in the above-styled case, as co-counsel on behalf of Defendants, METRO PAVING CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, District of Columbia, this ___ day of _____ 2006.

                                                                                             _____
                                                                                             JAMES ROBERTSON
                                                                                             U.S. DISTRICT JUDGE
                                                                                             DISTRICT OF COLUMBIA

cc:    Counsel of Record