**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| THE LANE CONSTRUCTION CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-2073 (JR) |
| | : | |
| METRO PAVING CORPORATION, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of defendants' motion for the *pro hac vice* appearance of Harish C. Mirchandani, it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                      United States District Judge