**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE LANE CONSTRUCTION          :
CORPORATION,                   :
                               :
      Plaintiff,          :
                               :
  v.                           : Civil Action No. 05-2073 (JR)
                               :
METRO PAVING CORPORATION, *et* :
*al.*,                         :
                               :
      Defendants.         :

<u>**REFERRAL TO MEDIATION ORDER**</u>

      Upon consent of the parties to mediate, it is

      **ORDERED** that this matter is referred for mediation.  It
is

      **FURTHER ORDERED** that counsel and the parties shall
attend each mediation session.  It is

      **FURTHER ORDERED** that mediation efforts shall be
concluded by May 16, 2006.  It is

      **FURTHER ORDERED** that if the case settles in whole or in
part before such date, counsel shall advise the Court of the
settlement by filing a stipulation.  It is

      **FURTHER ORDERED** that if no settlement is reached, a
further status conference will be held at **4:30 p.m. on May 22,
2006.**

                                                JAMES ROBERTSON
                        United States District Judge