IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

THE LANE CONSTRUCTION CORPORATION, )
d/b/a/ SENATE ASPHALT,                              )
                                                                        )
               Plaintiff,                                       )
                                                                        )
        v.                                                          )     Civil Action No. 1:05-cv-02073-JR
                                                                        )
METRO PAVING CORPORATION and          )
LIBERTY MUTUAL INSURANCE COMPANY, )
                                                                        )
               Defendant.                                    )
                                                                        )
_____)

## JOINT MOTION TO STAY PROCEEDING BY CONSENT

COMES NOW Senate Asphalt Company, a division of The Lane Construction Corporation and Metro Paving Corporation and Liberty Mutual Insurance Company, by counsel, and jointly move to Stay this proceeding on account of the following facts and reasons:

1.     Pursuant to this Court's Order directing mediation, the Parties met to mediate this proceeding on March 30, 2006.

2.     During the course of the mediation, the Parties investigated the possibility of the Plaintiff proceeding against a Third-Party Guarantor to attempt to recover the debt, or a portion thereof, which Plaintiff also claims is due it pursuant to the terms of the Payment Bond provided by the Defendants.  It was discussed and agreed that this may be a more cost effective and better mode of proceeding than proceeding with the present case at this time.

3.    While the Plaintiff has some concerns about the financial viability of the Third-Party the Parties have agreed to stay this proceeding for a period of six (6) months to allow Plaintiff to pursue the Third-Party, should it be so inclined.

4.    The Parties have agreed to Stay these proceedings for a period of six (6) months, after which time the Stay would terminate or, in Plaintiff's sole discretion it could elect to continue the Stay for an additional period of time.  The Parties have also agreed that upon the termination of the Stay the Defendants will file a partial Summary Judgment Motion concerning its defense that Plaintiff is not a proper claimant under the Bond and that the Parties will agree to a briefing schedule for the Motion at that time.

5.    The Parties believe that by proceeding in this fashion no party will be prejudiced and the Parties' resources will be more productively utilized.

WHEREFORE the undersigned respectfully requests that this Court enter an Order staying all the proceedings in this case until September 30, 2006 and for such other and further relief as the Court may deem necessary and proper.

Respectfully submitted,

/s/ Stephen J. Annino
Stephen J. Annino (DC Bar # 390252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Plaintiff*

/s/ J. Brian Cashmere
J. Brian Cashmere (DC Bar # 450629)
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000 Phone
(703) 893-8039 Fax
*Counsel for Defendants*