IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE LANE CONSTRUCTION CORPORATION, )
d/b/a/ SENATE ASPHALT, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:05-cv-02073-JR
)
METRO PAVING CORPORATION and )
LIBERTY MUTUAL INSURANCE COMPANY, )
)
    Defendant. )
)
_____ )

## ORDER STAYING PROCEEDINGS

UPON CONSIDERATION of the joint Motion of the Parties to Stay these proceedings, and it appearing to the Court proper to do so; it is accordingly,

ORDERED that this case is stayed until September 30, 2006.

ENTERED this _____ day of April, 2006.

_____
Judge United States District Court