IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LANE CONSTRUCTION CORPORATION, <br> D/B/A SENATE ASPHALT, <br><br> Plaintiff, <br><br> v. <br><br> METRO PAVING CORPORATION, ET AL <br><br><br><br><br><br> Defendants. | Case No. 1:05-CV-02073-JR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by, between and among all of the undersigned parties, each of whom has appeared in this action, and pursuant to FED. R. CIV. P. 41(a), that all claims by Plaintiff The Lane Construction Company d/b/a Senate Asphalt ("Lane") against Defendants Metro Paving Corporation ("Metro"), and Liberty Mutual Insurance Company ("Liberty"), as set forth in the Complaint, are hereby dismissed with prejudice, all parties to bear their own costs and fees.

DATED: July 27, 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ J. Brian Cashmere | /s/ Stephen J. Annino |
| J. Brian Cashmere | Stephen J. Annino |
| (DC Bar No. 456029) | (DC Bar No. 390252) |
| WATT, TIEDER, HOFFAR | KASIMER & ANNINO, P.C. |
| & FITZGERALD, LLP | 7653 Leesburg Pike |
| 8405 Greensboro Drive, Suite 100 | Falls Church, VA 22043 |
| McLean, VA 22102 | Ph: 703-893-3914 |
| Ph: 703-749-1000 | Fax: 703-893-6944 |
| Fax: 703-893-8029 | |
| | |
| Attorneys for Defendants, | Attorneys for Plaintiffs, |
| METRO PAVING CORPORATION, | THE LANE CONSTRUCTION |
| LIBERTY MUTUAL INSURANCE CO. | COMPANY |

## CERTIFICATE OF FILING

I hereby certify that on August 1, 2006, a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically. I understand that a copy of this pleading will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen J. Annino